THE STATE EX REL. POE, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Poe v. Indus. Comm.* (2001), 91 Ohio St.3d 22.]

(No. 00–680—Submitted November 14, 2000—Decided January 24, 2001.)

———————

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

———————

*Philip J. Fulton & Associates* and *William A. Thorman III,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Stephen D. Plymale,* for appellee Industrial Commission.

*Betty D. Montgomery,* Attorney General; *Dinsmore & Shohl L.L.P.,* and *Michael L. Squillace,* Special Counsel, for appellee Ohio State University.